UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EDWARD ORCUTT, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   Case No. 3:15-cv-788 |
| BRYANT, HODGE & ASSOCIATES LLC, | ) ) ) |
|     Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, EDWARD ORCUTT, ("Plaintiff"), through his attorney, Agruss Law Firm, LLC, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, without prejudice, against Defendant, BRYANT, HODGE & ASSOCIATES LLC.

RESPECTFULLY SUBMITTED,

By: /s/ Michael S. Agruss\_\_\_\_\_
    Michael S. Agruss
    SBN: 6281600
    Agruss Law Firm, LLC
    4611 N. Ravenswood Ave.
    Suite 201
    Chicago, IL 60640
    Tel: 312-224-4695
    Fax: 312-253-4451
    michael@agrusslawfirm.com
    Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

On September 2, 2015, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Voluntary Dismissal to support@bryanthodgeassociates.com.

By:/s/Michael S. Agruss_____
    Michael S. Agruss